423 A.2d 1326

Commonwealth v. Shaffer, Appellant.

Argued April 10, 1979. Thomas P. Ruane, Jr., Public Defender, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

423 A.2d 1326

Commonwealth v. Thomas, Appellant.

Submitted March 23, 1979. Darryl A. Irwin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.